JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART ZWICKE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MOLINA HEALTHCARE, INC., a California business, form unknown; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-06762-ODW (GJSx)<br><br>[Assigned to the The Hon. Otis D. Wright, II]<br><br>[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT |

　　　The Court, having considered the Stipulation of Plaintiff Stuart Zwicke and Defendant Molina Healthcare, Inc. to Remand Case To Los Angeles Superior Court, hereby orders that this action be remanded forthwith to Los Angeles Superior Court, South District.

　　　**IT IS SO ORDERED.**


DATED: October 11, 2016

　　　　　　　　　　　　　　　　　　　　　　／s／ *Otis D. Wright*
　　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE